UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JAMES KEVIN FRAISER | CIVIL ACTION NO. 15-cv-0523 |
| VERSUS | JUDGE FOOTE |
| ORLANDO BEENE, ET AL | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Orlando Beene's **Motion for Summary Judgment (Doc. 25)** is **granted in part** by dismissing all claims against Beene in his official capacity and **denied** in all other respects.

**IT IS FURTHER ORDERED** that the parties are referred to the Magistrate Judge for a Scheduling Order.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 26th day of September, 2017.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE