UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JAMES KEVIN FRAISER

VERSUS

ORLANDO BEENE, ET AL

CIVIL ACTION NO. 15-cv-0523

JUDGE FOOTE

MAGISTRATE JUDGE HORNSBY

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this civil action is **dismissed without prejudice** for failure to prosecute.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _____4/11_____ day of _____December,_____ 2017.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE